In the Matter of the Claim of LUIGI MARIANO, Respondent, against KRASNOGER BROTHERS et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Mariano* v. *Krasnoger Brothers*, 190 App. Div. 65, modified.
(Submitted April 15, 1920; decided April 20, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 3, 1920, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Krasnoger Brothers were employed in constructing a building in the city of New York. The claimant was employed by them as a carpenter. Workmen in the employ of other employers were working on the same building. On August 10, 1918, during working hours, claimant entered a washroom and found a workman in the employ of the general contractor, tied hand and foot and fastened to the floor. He asked claimant to untie him, which the claimant did. Some workmen not in the

employ of claimant's employer were angered at claimant's action and seized claimant and said they were going to tie him down, but claimant successfully resisted them. Before the altercation had entirely subsided, the structural superintendent having general charge of the work struck the claimant several times with a saw, inflicting injuries for which claimant demands compensation.

*William Butler* for appellants.

*Charles D. Newton,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order and award modified so as to award the claimant the sum of $150, and as so modified affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.